UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CENTRAL VACUUM STORES, INC.,**

    Plaintiff,

v.                                     Case No.  8:07-cv-975-T-30MAP

**ROBERT BUCKWALD, GATOR
VACUUM & SEWING COMPANY, INC.
and THINK VACUUMS, INC.,**

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Dismissal With Prejudice (Dkt. #18).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 18, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-975.dismissal 18.wpd